**F I L E D**
CLERK, U.S. DISTRICT COURT

2/6/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____TV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| UNITED STATES OF AMERICA, | No. 2:24-cr-00076-MCS |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. § 846: Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution and Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 856: Maintaining A Drug Premises; 18 U.S.C. § 2(a): Aiding and Abetting; 21 U.S.C. § 853: Criminal Forfeiture] |
| YANGQIANG CHEN,   aka "Steven Chen," JIE CHEN, ZUXING LIN,   aka "Zu Xing," MEIMEI CHEN,   aka "Lucy," XINGYUN CHEN, GUORONG HE,   aka "CJ," and YIEN HE, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

[ALL DEFENDANTS]

A.    OBJECTS OF THE CONSPIRACY

Beginning on an unknown date and continuing to at least the date of this indictment, in Los Angeles County, within the Central District of California, and elsewhere, defendants YANGQIANG CHEN, also known as "Steven Chen" ("YANGQIANG CHEN"), JIE CHEN, ZUXING LIN, also known as "Zu "Xing" ("LIN"), MEIMEI CHEN, also known as "Lucy" ("MEIMEI CHEN"), XINGYUN CHEN, GUORONG HE, also known as "CJ" ("GUORONG HE"), and YIEN HE conspired with each other and others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute at least 50 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

B.    MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was to be accomplished, in substance, as follows:

1.    Defendants YANGQIANG CHEN, JIE CHEN, and MEIMEI CHEN would obtain distribution quantities of methamphetamine with the intent to distribute those drugs, through the mail and international shipping companies, to customers in foreign countries, namely Australia and New Zealand (the "foreign drug customers").

2.    Defendants JIE CHEN and MEIMEI CHEN used their residence, 2712 New Avenue, Rosemead, California (the "New Avenue Residence") in the Central District of California, to store and package methamphetamine that would be distributed to foreign drug customers.

1      3.    Defendants YANGQIANG CHEN and JIE CHEN ordered and received

2  items from online retailers, such as spools of 3D printing filament,

3  utility cases, wine opener sets, and drive shafts, for use in

4  concealing methamphetamine in international shipments to foreign drug

5  customers.

6      4.    Defendants LIN, MEIMEI CHEN, XINGYUN CHEN, GUORONG HE, and

7  YIEN HE packaged the methamphetamine, at the New Avenue Residence and

8  elsewhere, for delivery to foreign drug customers.

9      5.    Defendants YANGQIANG CHEN, LIN, MEIMEI CHEN, XINGYUN CHEN,

10  and YIEN HE delivered the packages containing methamphetamine to UPS

11  stores and international shipping companies so they could be shipped

12  to foreign drug customers.

13  C.  OVERT ACTS

14      In furtherance of the conspiracy and to accomplish the object of

15  the conspiracy, on or about the following dates, defendants YANGQIANG

16  CHEN, JIE CHEN, LIN, MEIMEI CHEN, XINGYUN CHEN, GUORONG HE, and YIEN

17  HE, together with others known and unknown to the Grand Jury,

18  committed various overt acts in Los Angeles County, within the

19  Central District of California, including, but not limited to, the

20  following:

21      Overt Act No. 1:    On January 6, 2023, defendant YANGQIANG CHEN

22  ordered three spools of 3D printing filament from an online retailer

23  for use in concealing methamphetamine in an international shipment.

24      Overt Act No. 2:    On January 9, 2023, defendant YANGQIANG CHEN

25  ordered additional spools of 3D printing filament from an online

26  retailer, which were used to conceal methamphetamine in an

27  international shipment.

28

1        Overt Act No. 3:    On January 12, 2023, defendant YANGQIANG CHEN
2   delivered a package that contained approximately 2.1 kilograms of
3   methamphetamine concealed inside spools of 3D printing filament to a
4   UPS Store in Monterey Park, California for delivery to a drug
5   customer in Australia.

6        Overt Act No. 4:    On January 18 and 19, 2023, defendant
7   YANGQIANG CHEN ordered three spools of 3D printing filament from an
8   online retailer for use in concealing methamphetamine in an
9   international shipment.

10       Overt Act No. 5:    On February 10, 2023, defendant LIN delivered
11  a package that contained approximately 1.63 kilograms of
12  methamphetamine concealed inside an air purifier to a UPS Store in
13  Monterey Park, California for delivery to a drug customer in
14  Australia (the "February 10, 2023 Package").

15       Overt Act No. 6:    On February 14, 2023, defendant YANGQIANG
16  CHEN instructed a person he believed was a co-conspirator, but who
17  was, in fact, a confidential informant working with law enforcement
18  (the "CI"), to contact UPS to identify the current location of the
19  February 10, 2023 Package and to change the recipient address to an
20  international shipping business located in Torrance, California.

21       Overt Act No. 7:    On February 15, 2023, defendant LIN delivered
22  a package that contained approximately one kilogram of
23  methamphetamine concealed inside spools of 3D printing filament to a
24  UPS Store in Monterey Park, California for delivery to a drug
25  customer in Australia.

26       Overt Act No. 8:    On February 18, 2023, defendant LIN delivered
27  a package that contained approximately 907 grams of methamphetamine
28  concealed inside spools of 3D printing filament to a UPS Store in

4

Monterey Park, California for shipment to a drug customer in Australia (the "February 18, 2023 Package").

Overt Act No. 9:  On February 18, 2023, defendant YANGQIANG CHEN went to the UPS Store in Monterey Park, California to pay the shipping fees for the February 18, 2023 Package.

Overt Act No. 10:  On February 27, 2023, defendant LIN delivered a package that contained approximately 1.995 kilograms of methamphetamine concealed inside spools of 3D printer filament, and which had been packaged by defendants MEIMEI CHEN and XINGYUN CHEN, to a UPS Store in Monterey Park, California for delivery to a drug customer in Australia.

Overt Act No. 11:  On March 1, 2023, defendant XINGYUN CHEN delivered a package that contained approximately 1.92 kilograms of methamphetamine concealed in a tea set, and which had been packaged by defendant LIN, to a UPS Store in Monterey Park, California to be delivered to an international shipping company in Torrance, California, for eventual shipment to a foreign drug customer.

Overt Act No. 12:  On March 7, 2023, defendant MEIMEI CHEN delivered a package that contained approximately 988 grams of methamphetamine concealed inside lawn trimmer spools to a UPS Store in Monterey Park, California for delivery to a drug customer in New Zealand.

Overt Act No. 13:  On March 16, 2023, defendant LIN delivered a package that contained approximately 2.17 kilograms of methamphetamine concealed inside spools of 3D printer filament to a UPS Store in Monterey Park, California for delivery to a drug customer in Australia.

Overt Act No. 14:  On March 17, 2023, defendant LIN delivered a package that contained approximately 1.1 kilograms of methamphetamine concealed between ceramic plates and mugs to a UPS Store in Monterey Park, California for delivery to a drug customer in Australia.

Overt Act No. 15:  On March 17, 2023, near the New Avenue Residence, defendants YANGQIANG CHEN and LIN loaded a palletized parcel containing approximately 3.24 kilograms of methamphetamine concealed in ceramic dishes, and which had been packaged by defendant XINGYUN CHEN, into a DHL van for delivery to a drug customer in Australia.

Overt Act No. 16:  On March 17, 2023, defendant LIN delivered a package that contained approximately 990 grams of methamphetamine concealed in ceramic plates and mugs, packaged by defendant XINGYUN CHEN, to a UPS Store in Monterey Park, California for delivery to a drug customer in New Zealand.

Overt Act No. 17:  On March 23, 2023, defendant YANGQIANG CHEN ordered a foam-lined audio equipment case from an online retailer for use in concealing methamphetamine in an international shipment.

Overt Act No. 18:  On March 28, 2023, defendants YANGQIANG CHEN and LIN delivered a package that contained approximately 2.01 kilograms of methamphetamine concealed in a foam-lined audio equipment case to a UPS Store in Monterey Park, California for delivery to an international shipping company in Torrance, California, for eventual shipment to a foreign drug customer.

Overt Act No. 19:  In early April 2023, defendant JIE CHEN ordered and received a drive shaft from an online retailer for use in concealing methamphetamine in an international shipment.

Overt Act No. 20:  On April 24, 2023, defendant LIN and an unindicted co-conspirator delivered two parcels to an international shipping company in Rosemead, California, which contained, respectively, approximately five kilograms and 3.15 kilograms of methamphetamine for delivery to drug customers in Australia.

Overt Act No. 21:  On June 15, 2023, defendant LIN delivered a package that contained approximately two kilograms of methamphetamine concealed in hollowed-out books, and which had been packaged by defendant GUORONG HE, to an international shipping company in Rosemead, California for delivery to a foreign drug customer.

Overt Act No. 22:  On June 25, 2023, during a meeting with the CI, defendant JIE CHEN instructed the CI to set up an online account with an international shipping business so that defendant JIE CHEN could arrange for the shipment of a methamphetamine package to a drug customer in New Zealand, namely, a package containing approximately 1.11 kilogram of methamphetamine concealed in cosmetic facial mask boxes (the "June 27, 2023 Package").  In exchange, defendant JIE CHEN promised to pay the CI $500 up front and, after the June 27, 2023 package was delivered in New Zealand, to also pay the CI 10% of the profits from the methamphetamine sale.  Defendant JIE CHEN also instructed the CI to pick up the June 27, 2023 Package from defendant MEIMEI CHEN at the New Avenue Residence.

Overt Act No. 23:  On June 26, 2023, during a meeting at the New Avenue Residence, defendant MEIMEI CHEN instructed the CI to return to the New Avenue Residence the following day to pick up the June 27, 2023 Package, and defendant MEIMEI CHEN confirmed that the CI would receive $500 for placing the June 27, 2023 Package in international

mail, to be followed by 10% of the profits following its successful delivery in New Zealand.

Overt Act No. 24: On June 26, 2023, during the meeting at the New Avenue Residence, defendant MEIMEI CHEN, later joined by defendant GUORONG HE, directed the CI to: (1) pay for the shipment in cash rather than by credit card; (2) not reveal the CI's true identity when delivering the June 27, 2023 Package or conducting any other business in furtherance of the drug trafficking conspiracy; (3) be cautious when checking tracking information for the package online; and (4) obtain a prepaid phone for use in communicating with defendant MEIMEI CHEN and the other co-conspirators about the shipment or other matters relating to the drug trafficking conspiracy, all for the purpose of concealing the conspiracy and the related drug shipments from law enforcement.

Overt Act No. 25: On June 26, 2023, defendant MEIMEI CHEN paid the CI $500 to deliver the June 27, 2023 Package to a UPS store the following day.

Overt Act No. 26: On June 27, 2023, defendant GUORONG HE, through WeChat, sent the CI the recipient address in New Zealand to place on the June 27, 2023 Package.

Overt Act No. 27: On June 27, 2023, defendants JIE CHEN and MEIMEI CHEN directed the CI to pick up the June 27, 2023 Package at the New Avenue Residence.

Overt Act No. 28: On June 27, 2023, defendant JIE CHEN asked the CI about the status of the June 27, 2023 Package, in response to which the CI confirmed that the CI had delivered it to a UPS Store.

Overt Act No. 29: On June 27, 2023, defendant GUORONG HE caused his wife to deliver a package that contained approximately 69 grams

of liquid methamphetamine concealed in shampoo bottles, and which had been packaged by defendant GUORONG HE, to the UPS Store in Monterey Park, California for delivery to a drug customer in Australia.

Overt Act No. 30: On August 3, 2023, defendant JIE CHEN ordered eight wine opener sets from an online retailer for use in concealing methamphetamine in an international shipment.

Overt Act No. 31: On August 12, 2023, defendant YIEN HE delivered a package that contained approximately 2.13 kilograms of methamphetamine concealed inside spools of 3D printer filament to a UPS Store in Monterey Park, California for delivery to a drug customer in Austria.

Overt Act No. 32: On August 18, 2023, defendant MEIMEI CHEN directed the CI to pick up a package that contained approximately 1.3 kilograms of methamphetamine concealed in boxes of curry powder (the "August 18, 2023 Package") from the New Avenue Residence, and to then bring the August 18, 2023 Package to an international shipping company in the City of Industry for delivery to a drug customer in New Zealand.

Overt Act No. 33: On August 18 2023, defendant MEIMEI CHEN paid the CI $500 for delivering the August 18, 2023 Package to the international shipping company.

Overt Act No. 34: On August 23, 2023, defendant YIEN HE delivered a package that contained approximately 2.08 kilograms of methamphetamine concealed in spools of climbing rope to an international shipping company in Rosemead, California for delivery to a drug customer in New Zealand.

Overt Act No. 35: On August 25, 2023, defendant YIEN HE delivered a package that contained approximately 4.57 kilograms of

methamphetamine concealed in a child's car seat to an international shipping company in Rosemead, California for delivery to a drug customer in New Zealand.

Overt Act No. 36:   On August 29, 2023, at the New Avenue Residence, defendant MEIMEI CHEN directed the CI to bring three drug packages to a UPS Store, for eventual delivery to drug customers in New Zealand and Australia, in exchange for $1,500.

Overt Act No. 37:   On August 29, 2023, at the New Avenue Residence, defendant MEIMEI CHEN gave three packages to the CI for delivery to a UPS store, namely, one package containing approximately 1.61 kilograms of methamphetamine concealed in wine bottle openers for delivery to a customer in Australia, and two packages containing in total approximately 1.83 kilograms of methamphetamine concealed in cosmetic facial mask boxes for delivery to drug customers in New Zealand.

Overt Act No. 38:   On August 31, 2023, defendant MEIMEI CHEN arranged for the CI to transport a package that contained approximately 1.59 kilograms of methamphetamine concealed in cosmetic facial mask boxes (the "August 31, 2023 Package") from the New Avenue Residence to a UPS Store in San Gabriel, California for delivery to a drug customer in Australia.

Overt Act No. 39:   On August 31, 2023, defendant MEIMEI CHEN caused her parents to pay the CI $500 for delivering the August 31, 2023 Package to the UPS Store.

Overt Act No. 40:   On October 12, 2023, during a meeting at a sushi restaurant in Beverly Hills, California, defendant JIE CHEN discussed plans for future drug shipments to foreign customers. During the same meeting, defendant JIE CHEN stated that, in the prior

month, he had shipped approximately 100 to 200 kilograms of unspecified drugs to foreign customers via international sea cargo.

    <u>Overt Act No. 41:</u>  On December 10, 2023, defendant GUORONG HE possessed with intent to distribute approximately 16 pounds of methamphetamine in a Toyota Sienna Minivan.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT YIEN HE]

On or about October 27, 2022, in Los Angeles County, within the Central District of California, defendant YIEN HE knowingly and intentionally distributed at least 50 grams, that is, approximately 1,942 grams, of methamphetamine, a Schedule II controlled substance.

1

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT YANGQIANG CHEN]

On or about January 12, 2023, in Los Angeles County, within the Central District of California, defendant YANGQIANG CHEN knowingly and intentionally distributed at least 50 grams, that is, approximately 1,986 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS YANGQIANG CHEN AND LIN]

On or about February 10, 2023, in Los Angeles County, within the Central District of California, defendants YANGQIANG CHEN and ZUXING LIN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 1,478 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT LIN]

On or about February 15, 2023, in Los Angeles County, within the Central District of California, defendant ZUXING LIN knowingly and intentionally distributed at least 50 grams, that is, approximately 930 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS YANGQIANG CHEN AND LIN]

On or about February 18, 2023, in Los Angeles County, within the Central District of California, defendants YANGQIANG CHEN and ZUXING LIN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 869 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS YANGQIANG CHEN, LIN, MEIMEI CHEN, AND XINGYUN CHEN]

On or about February 27, 2023, in Los Angeles County, within the Central District of California, defendants YANGQIANG CHEN, ZUXING LIN, MEIMEI CHEN, and XINGYUN CHEN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 1,955 grams, of methamphetamine, a Schedule II controlled substance.

COUNT EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS LIN AND XINGYUN CHEN]

On or about March 1, 2023, in Los Angeles County, within the Central District of California, defendants ZUXING LIN and XINGYUN CHEN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 1,921 grams, of methamphetamine, a Schedule II controlled substance.

COUNT NINE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT MEIMEI CHEN]

On or about March 7, 2023, in Los Angeles County, within the Central District of California, defendant MEIMEI CHEN knowingly and intentionally distributed at least 50 grams, that is, approximately 988 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS YANGQIANG CHEN AND LIN]

On or about March 16, 2023, in Los Angeles County, within the Central District of California, defendants YANGQIANG CHEN and ZUXING LIN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 2,021 grams, of methamphetamine, a Schedule II controlled substance.

COUNT ELEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT LIN]

On or about March 17, 2023, in Los Angeles County, within the Central District of California, defendant ZUXING LIN knowingly and intentionally distributed at least 50 grams, that is, approximately 992 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWELVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS YANGQIANG CHEN, LIN, AND XINGYUN CHEN]

On or about March 17, 2023, in Los Angeles County, within the Central District of California, defendants YANGQIANG CHEN, ZUXING LIN, and XINGYUN CHEN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 2,985 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THIRTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS LIN AND XINGYUN CHEN]

On or about March 17, 2023, in Los Angeles County, within the Central District of California, defendants YANGQIANG CHEN and ZUXING LIN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 990 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOURTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS YANGQIANG CHEN AND LIN]

On or about March 28, 2023, in Los Angeles County, within the Central District of California, defendants YANGQIANG CHEN and ZUXING LIN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 1,956 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FIFTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS JIE CHEN AND LIN]

On or about April 24, 2023, in Los Angeles County, within the Central District of California, defendants JIE CHEN and ZUXING LIN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 3,018 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SIXTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS LIN AND GUORONG HE]

On or about June 15, 2023, in Los Angeles County, within the Central District of California, defendants ZUXING LIN and GUORONG HE, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 1,975 grams, of methamphetamine, a Schedule II controlled substance.

COUNT SEVENTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANTS JIE CHEN, MEIMEI CHEN, AND GUORONG HE]

On or about June 27, 2023, in Los Angeles County, within the Central District of California, defendants JIE CHEN, MEIMEI CHEN, and GUORONG HE, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 990 grams, of methamphetamine, a Schedule II controlled substance.

COUNT EIGHTEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT GUORONG HE]

On or about June 27, 2023, in Los Angeles County, within the Central District of California, defendant GUORONG HE knowingly and intentionally distributed at least 50 grams, that is, approximately 69 grams, of methamphetamine, a Schedule II controlled substance.

COUNT NINETEEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT YIEN HE]

On or about August 12, 2023, in Los Angeles County, within the Central District of California, defendant YIEN HE knowingly and intentionally distributed at least 50 grams, that is, approximately 256 grams, of methamphetamine, a Schedule II controlled substance.

1

COUNT TWENTY

2

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

3

[DEFENDANT MEIMEI CHEN]

4

    On or about August 18, 2023, in Los Angeles County, within the

5

Central District of California, defendant MEIMEI CHEN knowingly and

6

intentionally distributed at least 50 grams, that is, approximately

7

1,233 grams, of methamphetamine, a Schedule II controlled substance.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWENTY-ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT YIEN HE]

On or about August 23, 2023, in Los Angeles County, within the Central District of California, defendant YIEN HE knowingly and intentionally distributed at least 50 grams, that is, approximately 1,938.9 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWENTY-TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

[DEFENDANT JIE CHEN AND MEIMEI CHEN]

On or about August 29, 2023, in Los Angeles County, within the Central District of California, defendants JIE CHEN and MEIMEI CHEN, each aiding and abetting the other, knowingly and intentionally distributed at least 50 grams, that is, approximately 881.7 grams, of methamphetamine, a Schedule II controlled substance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWENTY-THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT MEIMEI CHEN]

On or about August 29, 2023, in Los Angeles County, within the Central District of California, defendant MEIMEI CHEN knowingly and intentionally distributed at least 50 grams, that is, approximately 813.9 grams, of methamphetamine, a Schedule II controlled substance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT TWENTY-FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT MEIMEI CHEN]

On or about August 29, 2023, in Los Angeles County, within the Central District of California, defendant MEIMEI CHEN knowingly and intentionally distributed at least 50 grams, that is, approximately 1,420.1 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWENTY-FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT MEIMEI CHEN]

On or about August 31, 2023, in Los Angeles County, within the Central District of California, defendant MEIMEI CHEN knowingly and intentionally distributed at least 50 grams, that is, approximately 1,449.6 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWENTY-SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT GUORONG HE]

On or about December 10, 2023, in Los Angeles County, within the Central District of California, defendant GUORONG HE knowingly and intentionally possessed with the intent to distribute at least 50 grams, that is, approximately 7,169 grams, of methamphetamine, a Schedule II controlled substance.

1

COUNT TWENTY-SEVEN

2

[21 U.S.C. §§ 856(a)(1) and (a)(2)]

3

[DEFENDANTS JIE CHEN AND MEIMEI CHEN]

4      Beginning on a date unknown, but not later than in or about

5  January 2023, and continuing to at least August 31, 2023, in Los

6  Angeles County, within the Central District of California, defendants

7  JIE CHEN and MEIMEI CHEN, each aiding and abetting the other,

8  knowingly opened, leased, rented, used, and maintained a place,

9  namely, the residence located at 2712 New Avenue, Rosemead,

10  California, for the purpose of unlawfully storing and distributing

11  methamphetamine, a Schedule II controlled substance.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                          FORFEITURE ALLEGATION

2                          [21 U.S.C. § 853]

3      1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal

4 Procedure, notice is hereby given that the United States of America

5 will seek forfeiture as part of any sentence, pursuant to Title 21,

6 United States Code, Section 853, in the event of any defendant's

7 conviction of the offenses set forth in any of Counts One through

8 Twenty-Seven of this Indictment.

9      2.    Any defendant so convicted shall forfeit to the United

10 States of America the following:

11        (a)    All right, title and interest in any and all property,

12 real or personal, constituting or derived from, any proceeds which

13 the defendant obtained, directly or indirectly, from any such

14 offense, including but not limited to the following:

15               (i)    The real property located at 2712 New Avenue,

16                   Rosemead, California, more particularly described as:

17                   Lot 91 of Tract No. 5785, in the City of Rosemead,

18                   County of Los Angeles, State of California, as per map

19                   recorded in Book 63, Page 90, of Maps, in the office

20                   of the County Recorder of Said County, Assessor's

21                   Parcel Number 5285-004-021;

22        (b)    All right, title and interest in any and all property,

23 real or personal, used, or intended to be used, in any manner or

24 part, to commit, or to facilitate the commission of any such offense,

25 including but not limited to the following:

26               (i)    The real property located at 2712 New Avenue,

27                   Rosemead, California, more particularly described as:

28                   Lot 91 of Tract No. 5785, in the City of Rosemead,

County of Los Angeles, State of California, as per map

recorded in Book 63, Page 90, of Maps, in the office

of the County Recorder of Said County, Assessor's

Parcel Number 5285-004-021; and

(c)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.   Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

//
//
//
//
//
//
//
//
//
//
//
//
//
//

1  in value; or (e) has been commingled with other property that cannot

2  be divided without difficulty.

3

4                                          A TRUE BILL

5                                          /s/
                                    _____
6                                          Foreperson

7  E. MARTIN ESTRADA
   United States Attorney
8

9

10 MACK E. JENKINS
   Assistant United States Attorney
11 Chief, Criminal Division

12 BENJAMIN R. BARRON
   Assistant United States Attorney
13 Chief, Santa Ana Branch Office

14 JENNIFER L. WAIER
   Assistant United States Attorney
15 Deputy Chief, Santa Ana Branch
   Office
16

17

18

19

20

21

22

23

24

25

26

27

28